UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00175-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGO VILLALOBOS-LOPEZ,

    Defendant.

---

**ORDER**

---

This matter is before the Court following a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, May 24, 2010,** and responses to these motions shall be filed by **Thursday, June 3, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 14, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 12th day of May, 2010.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief U. S. District Judge