UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00175-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUGO VILLALOBOS-LOPEZ,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on June 4, 2010. A Change of Plea hearing is set for **Monday, June 28, 2010 at 4:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The three-day trial set for Monday, August 30, 2010 at 9:00 a.m. is hereby **VACATED**.

    Dated: June 9, 2010.